UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 JUN -2 P 2: 20

SIGN _____
BY DEPUTY CLERK

DARRIN L. BROOKS (#418413)

VERSUS

JOSEPH L. LAMARTINIERE, ET AL

CIVIL ACTION NO.: 07-412-JVP-CN

## RULING ON MOTIONS

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Noland dated May 12, 2008 (doc. 23). Plaintiff has filed an objection which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's motion for summary judgment (doc. 18) is hereby **DENIED** and defendants' motion to dismiss or alternatively for summary judgment (see ¶VII of motion; doc. 14) is hereby **GRANTED** and this action shall be **DISMISSED**.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, June 2, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA