UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2008 JUN -3  P 4: 17

DARRIN L. BROOKS (#418413)

VERSUS

CIVIL ACTION NO.: 07-412-JVP-CN

JOSEPH L. LAMARTINIERE, ET AL

## JUDGMENT

Considering the ruling of the court dated June 2, 2008 (doc. 25);

IT IS HEREBY ORDERED that judgment be entered in favor of defendants, Joseph L. Lamartiniere, Jurn R. Conrad, Kenneth Dupis, and Williams T. Richardson, and against plaintiff, Darrin L. Brooks, and this action is hereby **DISMISSED**.

Baton Rouge, Louisiana, June 3, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA